DILLARD v. DILLARD.

LAMAR, J.   1. Where by mutual agreement a note was given by J. to A., the latter having accepted the former as a substitute for his original debtor, W., this was a novation, and the debt from W. to A. was abrogated.   *Ferst v. Bank*, 111 Ga. 232.

2. The fact that it subsequently appeared that the note was for an amount greater than W's indebtedness to A. would certainly not wholly defeat a recovery thereon.

3. Where there had been a novation and substitution as above set forth, an executory agreement by A. to surrender this note and take another from J. for

the correct amount, with a provision that it was never to become due unless W. completed a contract to build a house for J., was not enforceable, being without any benefit or consideration moving to A.    It was therefore error to dismiss the certiorari from a judgment that A. was not entitled to recover on the original note.    Civil Code, §§ 3732, 3734.

*Judgment reversed.    By five Justices.*

Submitted May 6, — Decided May 30, 1903.

Certiorari.    Before Judge Russell.    Rabun superior court.    August 28, 1902.

*W. S. Paris,* for plaintiff.    *J. R. Grant,* for defendant.